**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Lithograph Legends, LLC,

      Appellant,                             Civil No. 09-943 (RHK)

vs.                                         **DISQUALIFICATION AND**
                                                 **ORDER FOR REASSIGNMENT**

United States Trustee,

      Appellee,

Polaroid Corporation,

      Debtor-in-Possess.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: April 24, 2009

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge